IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02534-RPM

PAMELA ERICKSON,

      Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

      Defendant.

---

ORDER GRANTING MOTION TO AMEND COMPLAINT

---

Upon consideration of Plaintiff's Unopposed Motion for Leave and to Amend the Complaint [11], filed on February 5, 2010, it is

ORDERED that the motion is granted and the Amended Complaint attached thereto is accepted for filing.

Dated: February 8th, 2010

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____

                              Richard P. Matsch, Senior District Judge