IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02534-RPM

PAMELA ERICKSON,

    Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Defendant.

---

ORDER SETTING SCHEDULING CONFERENCE

---

    Pursuant to the Joint Response to Order Modifying Rule 16 Procedures [18], it is

    ORDERED that a scheduling conference will be held on **April 30, 2010, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on April 22, 2010.**

    The conference is conducted with <u>lead counsel present in person</u>. No parties or representatives of parties will be permitted to attend.

    Dated: March 3rd, 2010

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior District Judge