# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:09-cv-02534-RPM

PAMELA ERICKSON,

Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

Defendant.

## ORDER

This matter comes before the Court upon the unopposed motion of the defendant for amendment of the Scheduling Order. Having reviewed the same, and being fully advised of the premises, including the fact that the relief set forth herein is unopposed, the Court hereby finds and concludes as follows:

Defendant's unopposed motion is hereby GRANTED. The deadline for defendant's Rule 26(a)(2) disclosures is October 27, 2010. The deadline for plaintiff's rebuttal expert disclosures is November 11, 2010. The discovery cut-off is December 20, 2010. Dispositive motions are due on or before February 14, 2011.

DONE this 9th day of September, 2010.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge