**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 09-cv-02534-RPM

**PAMELA ERICKSON,**

    **Plaintiff,**

**v.**

**PRUDENTIAL INSURANCE COMPANY OF AMERICA**

    **Defendant.**

_____

**ORDER FOR DISMISSAL**
_____

Pursuant to the Stipulated Motion to Dismiss [29] filed today, it is

ORDERED that this action is dismissed with prejudice.

DATED this 17th day of November, 2010.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge